AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Lambertini et al | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.  15-cv-01471 (TPG) |
| The Republic of Argentina | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The Republic of Argentina

Date:   04/08/2015

*Attorney's signature*

Carmine Boccuzzi (456419)
*Printed name and bar number*

1 Liberty Plaza
New York, NY  10006

*Address*

cboccuzzi@cgsh.com
*E-mail address*

(212) 225-2508
*Telephone number*

(212) 225-3999
*FAX number*