UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x

LAMBERTINI, ET AL.,

                           Plaintiffs,

          -against-

THE REPUBLIC OF ARGENTINA,

                         Defendant.

---------------------------------------------------------------- x

STIPULATION AND
ORDER OF DISMISSAL

15-CV-01471 (LAP)

WHEREAS, on February 28, 2015, plaintiffs Egar Ramon Lambertini, et al., filed a Complaint against the Republic of Argentina based on plaintiffs' ownership of beneficial interest in Republic-issued bonds (the "Bonds");

WHEREAS, plaintiffs and the Republic have consummated a settlement pursuant to the terms of the Republic's February 5, 2016 Proposal and plaintiffs agreed, *inter alia,* to accept an amount agreed-upon by the parties in full discharge and satisfaction in respect of any claim or court judgment against the Republic in connection with the Bonds.

NOW, THEREFORE, plaintiffs, by their attorneys Milberg LLP, and the Republic, by its attorneys Cleary Gottlieb Steen & Hamilton LLP, HEREBY STIPULATE AND AGREE THAT:

1.     Plaintiffs' claims against the Republic of Argentina are hereby dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) with prejudice and without costs.

2.     This Stipulation and Order may be signed in counterparts which, when taken as a whole, shall constitute one and the same document; and a facsimile or copy signature shall have the same force and effect as an original signature.

Dated: New York, New York
June 14, 2017

MILBERG LLP

By: _____
    Michael Champlin Spencer
    (mspencer@milberg.com)

One Pennsylvania Plaza, 50th Floor
New York, New York 10119
(212) 594-5300

*Attorneys for Plaintiffs*

Dated: New York, New York
June 19, 2017

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: _____
    Carmine D. Boccuzzi Jr. (cboccuzzi@cgsh.com)

One Liberty Plaza
New York, New York 10006
(212) 225-2000

*Attorneys for the Republic of Argentina*

SO ORDERED:

_____
United States District Judge
Dated:            , 2017

The Clerk of the Court shall mark this action closed and all pending motions denied as moot.

SO ORDERED:

_____
LORETTA A. PRESKA, U.S.D.J.

June 21, 2017